IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:   13-cv-02939-MSK-BNB | Date: October 2, 2014 |
| Courtroom Deputy:   Brandy Simmons | FTR: BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| DEEPIKA ALURU, | *Glenn W. Merrick* |
| **Plaintiff,** | |
| v. | |
| ANESTHESIA CONSULTANTS, PROFESSIONAL CORPORATION, PAUL A. GUTOWSKI, | *Dawn McDermott Amos* |
| **Defendants.** | |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session:  1:31 p.m.

Appearance of counsel.

Argument held on Plaintiff's Motion to Compel Disclosures/Production of Documents and for Other Appropriate Relief [36] filed on August 29, 2014.

For the reasons stated on the record, it is

**ORDERED:   Plaintiff's Motion to Compel Disclosures/Production of Documents and for Other Appropriate Relief [36] is GRANTED in part and DENIED in part.**

Court in Recess:  2:25 p.m.         Hearing concluded.         Total time in Court:  00:54

---

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.