IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02939-MSK-BNB

DEEPIKA ALURU, M.D.,

Plaintiff,

v.

ANESTHESIA CONSULTANTS, PROFESSIONAL CORPORATION, a Colorado corporation,
and
PAUL A. GUTOWSKI, D. O.,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion to Compel Disclosures/Production of Documents and for Other Appropriate Relief** [Doc. # 36, filed 8/29/2014] (the "Motion to Compel"). I held a hearing on the Motion to Compel on October 2, 2014, and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Compel [Doc. # 36] is GRANTED IN PART and DENIED IN PART as follows:

•GRANTED to require the defendants to produce all documents in their possession, custody, and control responsive to Request for Production # 5, without the necessity of the plaintiff identifying the "other physician employees of Anesthesia Consultants" by name;

•GRANTED to require the defendants either to (a) state that no disclosure concerning the performance of the plaintiff was made in the closing binder or (b) produce any

reference to the plaintiff contained in the closing binder;

•GRANTED to require the defendants to certify that all responsive documents in their possession, custody, or control, known to them to exist after a reasonable and diligent search, have been produced;

•GRANTED to allow the plaintiff to reopen the depositions of Dr. Elliott Wohlner and Dr. Paul A. Gutowski, for not more than two additional hours of questioning of each witness, limited to inquiry resulting from the late production of documents;

•GRANTED to extend the deadlines for expert and rebuttal expert disclosures, discovery cut-off, and dispositive motion deadline.  The parties shall confer and shall submit, on or before October 13, 2014, a proposed revised schedule; and

•DENIED in all other respects.

(2)    The defendants shall make supplemental discovery consistent with this order on or before October 13, 2014.

Dated October 6, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge