IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02939-MSK-BNB

DEEPIKA ALURU, M.D.,

       Plaintiff,

v.

ANESTHESIA CONSULTANTS, PROFESSIONAL CORPORATION, a Colorado corporation, and PAUL A. GUTOWSKI, D.O.,

       Defendants.

---

**ORDER REGARDING UNOPPOSED MOTION TO ADOPT THE PROPOSED REVISIONS TO THE COURT'S SCHEDULING ORDER**

---

       THIS MATTER, having come before the Court upon the "Unopposed Motion to Adopt the Proposed Revisions to the Court's Scheduling Order" (the "Motion"), filed by Plaintiff on October 30, 2014; and

       THE COURT, having reviewed the Motion, and the Court's file, and having determined that the Motion is meritorious and that good cause exists for extending the requested Pre-Trial Deadlines;

       NOW, THEREFORE, the Motion his hereby GRANTED. The revisions to the Court's Scheduling Order are as follows:

| | |
|---|---|
| Expert Disclosures:* | December 15, 2014 |
| Rebuttal Expert Disclosures:* | January 14, 2015 |
| Discovery Cutoff: | February 14, 2015 |
| Dispositive Motion Deadline: | March 14, 2015 |

    *    These extended dates apply <u>only</u> to any additional expert witness disclosures by Plaintiff (as Plaintiff made her damages expert witness disclosures timely) and any rebuttal expert disclosures made by Defendants in respect of any future expert witness disclosures by Plaintiff.

2

Dated: October 31, 2014

BY THE COURT

_____
United States Magistrate Judge