# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02939-MSK-NYW

DEEPIKA ALURU, M.D.,

Plaintiff,

v.

ANESTHESIA CONSULTANTS, PROFESSIONAL CORPORATION, a Colorado corporation, PAUL A. GUTOWSKI, D. O.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Plaintiff's Motion to Strike William H. Kaempfer as an Expert Witness, and Striking his Expert Report [#49], filed on December 24, 2014] (the "Motion").  Pursuant to the Order Referring Case dated October 31, 2013 [#6] and the memorandum dated December 29, 2014 [#50], the Motion was referred to this Magistrate Judge.

      Having reviewed the parties' submissions, the court has determined that oral argument will not materially assist the court in determining the matter and an order will be forthcoming based on the record to date.  Accordingly, IT IS SO ORDERED that the hearing on the Motion previously set for March 6, 2015, at 9:00 a.m. is taken off calendar.

DATED March 5, 2015